Case 2:21-cv-00165-DPM Document 1 Filed 12/09/21 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 09 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

2:21-cv-00165-DPM-JJV

Hello

My name is Spencer Lyle an I'm currently being held at the Arkansas county Jail. I'm writing this letter due to the living enviorment I'm staying in I am ADC property an I have not been outside for yard in 6 months, I am getting sick due to the black mold in the showers and in the cell's, the drain's are stopped up in the showers an the sewage is coming up threw the drain I don't feel like they are takiny proper care of myself an every innate in this Jail Please help me do something about it. thanks

Spencer Lyle

Witness

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

① Spencer Lyle
② Kenneth Wrinkle
③ John Tullos
④ Joseph Huffman JR.
⑤ Dylan Massey
⑥ Jerry Slaughter
⑦ Christopher Lavender Jr.
⑧ Bobby Davis
⑨ Tyler Mitchell
⑩ Torrey Bussey

Spencer Lyle #170253
1000 Ricebelt Dr
DeWitt AR, 72042

LITTLE ROCK AR 720
07 DEC 2021 PM 3 L


72201-339919

United States District court
600 W capital Ave
Suite A-149
Little Rock, AR 72201