# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SPENCER LYLE**
**Reg. #170753**                                                  **PLAINTIFF**

**v.**                          **No. 2:21-cv-165-DPM**

**DOE**                                                          **DEFENDANT**

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 7.* FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Lyle's complaint will be dismissed without prejudice for failure to state a claim.  The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.


_____
D.P. Marshall Jr.
United States District Judge

28 February 2022