IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

SPENCER LYLE
Reg. #170753                                                           PLAINTIFF

v.                              No. 2:21-cv-165-DPM

DOE                                                                    DEFENDANT

## JUDGMENT

Lyle's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2022